THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILFREDO VALIENTE, Appellant

Concur — Stevens, J. P., Steuer, Tilzer, Rabin and McGivern, JJ.